JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06130-RGK-AFM | Date | November 4, 2021 |
|---|---|---|---|
| Title | *JUAN VALENCIA v. CANOLA, LLC, et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:

Not Present                                                   Not Present

**Proceedings:**        **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On July 29, 2021, Plaintiff filed this action. On November 1, 2021, the Court issued an OSC re Lack of Prosecution. The order stated that submission of a proof of timely service of summons and complaint by November 8, 2021, would be considered a satisfactory response. The order further stated that failure to submit a satisfactory response would result in dismissal of the action for lack of prosecution. On November 3, 2021, Plaintiff filed a proof of service, indicating that the Summon and Complaint were served on November 3, 2021. The last day to timely serve Defendant was October 27, 2021. In light of the foregoing, the Court **dismisses without prejudice** Plaintiff's Complaint for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    _____